**Reinstated; Order filed January 15, 2013.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00511-CV

————————

### IN THE ESTATE OF NED THEODORE GORDON, DECEASED

___

**On Appeal from the County Court at Law #4**
**Fort Bend County, Texas**
**Trial Court Cause No. 09-CPR-022104**

___

## ORDER

On May 21, 2012, appellant, Marshall Gordon, filed a notice of appeal from a portion of a judgment signed August 8, 2011, which was purportedly made final and appealable by a final summary judgment signed April 20, 2012. The record has not yet been filed.

On June 19, 2012, appellant filed an opposed motion to abate this appeal pending resolution of his motion to dismiss for want of jurisdiction a related appeal docketed under our case number 14-11-00812-CV, and styled *Patricia Vickery v. Marshall Gordon & Clardy, Davis & Knowles*. We granted the motion and abated the appeal.

The motion to dismiss in case number 14-11-00812-CV was taken with the case and denied in this court's opinion that issued July 31, 2012. Mandate has issued and the appeal is case number 14-11-00812-CV is final. Accordingly, we issue the following order.

This appeal is ordered **REINSTATED.** Appellant is ordered to contact the Fort Bend County Clerk and make arrangements for the clerk's record to be filed in this appeal on or before **February 15, 2013.**

If appellant fails to have the record timely filed as required by this order, the appeal will be dismissed. *See* Tex. R. App. P. 42.3(c).

PER CURIAM